**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

GOTV NETWORKS LLC,

Plaintiff,

v.

THE HOME DEPOT, INC.,

Defendant.

Case No. 2:26-CV-211-JRG

**JURY TRIAL DEMANDED**

**DECLARATION OF JEFFREY A. LANGER**

I, Jeffrey A. Langer, hereby declare as follows:

1. I am over the age of 18 and competent to make this Declaration. If called to testify as a witness in this matter, I could and would testify truthfully under oath to each of the statements in this Declaration.

2. I am tax counsel for Home Depot and have been employed there since January 2015. I am submitting this Declaration in support of The Home Depot, Inc.'s ("THD") Motion to Dismiss the above-referenced matter.

3. THD is a Delaware corporation with its principal place of business located at 2455 Paces Ferry Road, Atlanta, GA 30339.

4. THD is a holding company that is separate and distinct, legally and factually, from its subsidiaries. THD and its subsidiaries each maintain their own independent corporation, partnership, or limited liability company status, identity, and structure.

5. THD has no place of business or physical presence in the Eastern District of Texas ("EDTX"). It has no street address or mailing address in EDTX, and does not own, lease, manage, or maintain any real property, office, stores, residence, or building in EDTX.

6. THD has no employees resident in EDTX.

7. THD does not manufacture, sell, or otherwise provide any products or services of any nature to the public, including the "Home Depot Products and Services" and "Home Depot System" identified in GoTV's Complaint and including in EDTX. Therefore, no THD product or service could find its way through the stream of commerce into EDTX.

8. THD does not own, manage, control, or operate the Home Depot retail stores, the website www.homedepot.com, or the Home Depot mobile app, and does not sell any products or services in Home Depot stores or online, or provide any content to the Home Depot website or mobile app.

9. THD does not own, license or use any servers or data centers. None of the Home Depot servers or systems responsible for processing transactions or furnishing content on Home Depot's website or mobile app sit in EDTX.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge or information gathered from sources readily available to myself or Home Depot.

Executed this 27th day of May, 2026.

Jeffrey A. Langer