**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GOTV NETWORKS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>Defendant. | Case No. 2:26-CV-211-JRG<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTNG DEFENDANT'S MOTION TO DISMISS**
**<u>BASED ON IMPROPER VENUE</u>**

This Court, having considered Defendants Motion to Dismiss Based on Improper Venue, hereby orders that the motion is GRANTED.

It is therefore ORDERED that Defendants' Motion to Dismiss Based on Improper Venu is GRANTED and that Plaintiff GoTV Networks LLC's complaint is hereby DISMISSED with prejudice.